NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| AUDREY KNAPP, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D17-1227 |
| | ) |
| SPEEDWAY LLC, a Florida corporation, | ) |
| and SPEEDWAY (DELAWARE) LLC, a | ) |
| foreign corporation, | ) |
| | ) |
| Appellees. | ) |
| ———————————————————— | ) |

Opinion filed April 11, 2018.

Appeal from the Circuit Court for
Sarasota County; Lon Arend, Judge.

Virlyn B. Moore, III, of Virlyn B. Moore III,
Nokomis, for Appellant.

Christopher D. Donovan of Roetzel &
Andress, LPA, Naples, and Brian J.
Hoops of Roetzel & Andress, LPA, Fort
Myers, for Appellee, Speedway (Delaware)
LLC.

No appearance for Appellee Speedway
LLC.


PER CURIAM.

Affirmed.


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.